IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

IN RE:

JAVIER MALDONADO CINTRON

PRISCILLA SANTIAGO FELIX

XXX-XX-0239

XXX-XX-0132

Debtor(s)

CASE NO. 10-06557 MCF

Chapter 7

FILED & ENTERED ON 01/03/2014

ORDER

The motion filed by the debtor requesting conversion of the instant case to Chapter 13 (docket #134) is hereby granted.

IT IS SO ORDERED.

San Juan, Puerto Rico, this 03 day of January, 2014.

Mildred Caban Flores
U.S. Bankruptcy Judge

CC: DEBTOR(S)
ROBERTO FIGUEROA CARRASQUILLO
WILFREDO SEGARRA MIRANDA